**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:   08-cv-02627-WDM-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date:   April 23, 2009** | **Courtroom Deputy:** Linda Kahoe |

MICHELLE PAIGE,                                             Richard John Meier

     Plaintiff,

v.

VANDENBERG CHASE & ASSOCIATES,           James F. Scherer

     Defendant.

---

## *AMENDED* COURTROOM MINUTES/MINUTE ORDER

**HEARING:     RULE 16(b) SCHEDULING CONFERENCE and SETTLEMENT
                     CONFERENCE**
**Court in session:   7:58 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE
SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties:  **June 16, 2009**

Discovery Cut-off: **August 17, 2009**

Dispositive Motions deadline:   **September 11, 2009**

Parties shall designate affirmative experts **on or before July 1, 2009**

Parties shall designate rebuttal experts **on or before August 1, 2009**

Each party shall be limited to 1 expert witness per side, absent leave of court.

Each party shall be limited to 5 depositions, absent leave of court.

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than July 13, 2009**.

Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**<u>FINAL  PRETRIAL CONFERENCE</u>** is set for **December 1, 2009 at 9:15 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**<u>TRIAL:</u>**
The parties anticipate a two - three day jury trial.

●    Scheduling Order is signed and entered with interlineations.

The court discusses Plaintiff's Motion for Leave to Amend the Complaint (doc. #15, filed 4/21/2009).  Defendant has no objection to the Motion.

**ORDERED:   Plaintiff's Motion for Leave to Amend the Complaint (doc. #15, filed 4/21/2009) is GRANTED.  Plaintiff's Amended Complaint is deemed filed as of today's date.**

HEARING CONCLUDED.
**Court in recess:        8:20 a.m.**
Total time in court:     00:22

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.