**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08cv-02627-WDM-CBS

MICHELLE PAIGE,

Plaintiff,

v.

VANDENBERG CHASE & ASSOCIATES, INC.,

Defendant.

---

## ANSWER TO AMENDED COMPLAINT

---

The defendant, Vandenberg Chase & Associates, Inc., through counsel, Miller & Law, P.C., for its Answer to the plaintiff's Amended Complaint states as follows:

### ANSWER

1. The defendant admits that this Court has jurisdiction over the subject matter and the parties, and that venue proper.

2. The plaintiff denies the allegations set forth in paragraph 4 of the plaintiff's Amended Complaint.

3. The defendant admits the allegations set forth in paragraph 5 of the plaintiff's Amended Complaint.

4. The defendant denies the allegations and legal conclusions set forth in paragraphs 6 through 8, inclusive, of the plaintiff's Amended Complaint.

5. The defendant is unable to ascertain the meaning of the allegations set forth in paragraph 9 of the plaintiff's Amended Complaint, and therefore denies same.

6. The defendant denies the allegations set forth in paragraphs 10 through 19, inclusive, of the plaintiff's Amended Complaint.

7. The defendant denies the allegations set forth in paragraphs 20 through 33, inclusive, of the plaintiff's Amended Complaint.

8. The defendant denies each and every allegation set forth in plaintiff's Amended Complaint which is not expressly admitted herein.

**AFFIRMATIVE DEFENSES**

1. The plaintiff's Amended Complaint does not state a claim for which relief may be granted.

2. The damages, if any, incurred by the plaintiff were caused by persons or entities over whom the defendant had no control or right of control.

3. The defendant's violation, if any, of the provisions of 15 U.S.C. §1692 was not intentional, and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

4. The plaintiff has failed to mitigate her damages, if any.

5. The plaintiff's action is brought in bad faith and for the purpose of harassment.

WHEREFORE, having fully answered the plaintiff's Amended Complaint, the defendant respectfully requests that the Court enter judgment in its favor and against the plaintiff on all claims set forth in the Amended Complaint, and that the Court award the defendant its reasonable costs of defense, including but not limited to reasonable attorney's fees and expert witness fees, together with any such other and further relief as the Court deems just.

Respectfully submitted this 13th day of May 2009.

MILLER & LAW, P.C.

By: */s/ James Scherer*
James Scherer
1900 West Littleton Blvd.
Littleton, CO 80120

*ATTORNEYS FOR DEFENDANT VANDENBERG CHASE & ASSOCIATES, INC.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that the above instrument was filed electronically with the Clerk of the Court on May 13, 2009 via the CM/ECF system which effects notification to all parties registered and designated for the CM/ECF system in this action.

Richard J. Meier, Esq.
Macey & Aleman, P.C.
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606

*/s/ Denise Dyakon*
Denise Dyakon