IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 08-cv-02627-WDM-CBS

MICHELLE PAIGE,

    Plaintiff,

v.

VANDENBERG CHASE & ASSOCIATES,

    Defendant.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(2).  Accordingly, the complaint is dismissed with prejudice, each party to pay her or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 29, 2009.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States Senior District Judge

PDF FINAL